P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation; CHRISTOPHER TERRY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALTERMAN, an individual; CHAKRA CAPITAL GROUP, an unknown entity; SCOTT CARNEY, an individual ETHAN VANDERBUILT, an individual; DAVE MACKINSON, an individual;<br><br>Defendants. | Case No.: 2:18-cv-00187 |

**<u>CERTIFICATE OF INTERESTED PARTIES</u>**

    Pursuant to Local Rule 7.1-1 of the United States District Court Rules, the undersigned, counsel of record for Plaintiffs International Markets Live, Inc., a New York

- 1 -

corporation and Christopher Terry certifies that there are no known interested parties other than those participating in the above-entitled action.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Respectfully submitted this 1st day of February, 2018

LAW OFFICES OF P. STERLING KERR

/s/ George E. Robinson

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiff*