AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00187

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT HALTERMAN

was received by me on *(date)* February 2, 2018

☑ I personally served the summons on the individual at *(place)* 332 Campbell Road Ridgeville, South Carolina 29472 on *(date)* February 3, 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: February 3, 2018

*Server's signature*

CLAYTON STACY

*Printed name and title*

P.O. Box 363, Summerville, SC 29484

*Server's address*

Additional information regarding attempted service, etc: