**AOS**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., A NEW YORK CORPORATION ET AL       **Plaintiff** | CASE NO: 2:18-CV-00187 |
| VS | HEARING DATE/TIME: 02/09/2018 at 08:00am |
| ROBERT HALTERMAN, AN INDIVIDUAL ET AL       **Defendant** | DEPT NO: |

## AFFIDAVIT OF SERVICE

JAMES HENDON being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 2nd day of February, 2018 and served the same on the 6th day of February, 2018, at 17:05 by:

serving the servee DAVID MACKINSON personally delivering and leaving a copy with STEPHANIE MACKINSON, Co-occupant, a person of suitable age and discretion residing at the defendant's usual place of abode located at (address) 94306 DUCK LAKE DRIVE, FERNANDINA BEACH FL 32034

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
EXECUTED this 13 day of Feb., 20 18.

_____
JAMES HENDON

Junes Legal Services · 630 South 10th Street · Suite B · Las Vegas NV 89101 · (702) 579-6300 · Fax (702) 259-6249 · Toll Free (888) 56Junes

EP136524A         Copyright 2006 eWay - All Rights Reserved         Process License #1088