# Robert J. Halterman

332 Campbell RD Ridgeville, SC 29472 | robert@chakracapitalgroup.com

02/05/18

Law Offices of P. Sterling Kerr
2450 St. Rose Pkwy #120
Henderson, NV 89074



**Dear Law Offices of P. Sterling Kerr:**

Civil Action No. 2:18-cv-00187

I am responding to answer to a summons against me.

I understand the plaintiff is seeking damages in excess of $1,000,000 and I want to state that I am indigent. I own no assets, I have no job and I am permanently disabled. I receive SSI benefits for life.

You can call the nearest Social Security office to confirm or you can email me for additional documents at robert@chakracapitalgroup.com

Under the U.S. Department of Treasury rule and pursuant to Section 207 of the Social Security Act (42 U.S.C. 407) my Social Security benefits are protected from garnishment, levy or other withholdings. This includes "judgement by default". Should I ever be found at fault in the lawsuit, I am neither required nor obligated to pay any tort or damages to the plaintiff for the five (5) false and outrageous claims against me, including legal/attorney fees, and I request full and immediate closure of the case.

There will be absolutely no settlement and I will take it to trial, if needed. I admit zero fault and deny any wrongdoing and I will contest the case accordingly.

This is non-negotiable.

Sincerely,

*[signature]*

**Robert Halterman**

CC: Debra K. Kempi; Clerk of the Courts

Myself

Robert Halterman
532 Campbell Rd
Ridgeville SC 29418

CHARLESTON SC 294
15 FEB 2018 PM 1 L

Clerk: Debra K. Kempi
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South
Suite 1334
Las Vegas, Nevada 89101

89101+7065