UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC.,<br><br>Plaintiff,<br>v.<br>ROBERT HALTERMAN, et al.,<br><br>Defendants. | Case No. 2:18-cv-00187-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Robert Halterman's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant's Answer (ECF No. 8) in this matter was filed February 20, 2018. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant Robert Halterman shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **March 23, 2018.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 14th day of March, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1