AOS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| INTERNATIONAL MARKETS LIVE, INC., A NEW YORK CORPORATION ET AL | **Plaintiff** | |
| | | CASE NO: 2:18-CV-00187 |
| VS | | HEARING DATE/TIME: |
| ROBERT HALTERMAN, AN INDIVIDUAL ET AL | **Defendant** | DEPT NO: |

## AFFIDAVIT OF SERVICE

LUSI PICON being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 2nd day of February, 2018 and served the same on the 20th day of March, 2018, at 08:05 by:

delivering and leaving a copy with the servee SCOTT CARNEY at (address) 10280 SW 110TH ST, MIAMI FL 33176

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
EXECUTED this 23 day of March, 20 18.

*Lusi m[signature]*
**LUSI PICON**

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 579-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

EP136523C          Copyright 2006 eWay - All Rights Reserved          Process License #1068