P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation; CHRISTOPHER TERRY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALTERMAN, an individual; CHAKRA CAPITAL GROUP, an unknown entity; SCOTT CARNEY, an individual; ETHAN VANDERBUILT, an individual; DAVE MACKINSON, an individual;<br><br>Defendants. | Case No.: 2:18-cv-00187-JAD-GWF |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, INTERNATIONAL MARKETS LIVE, INC., and CHRISTOPHER TERRY by and through their counsel of record P. Sterling Kerr, Esq., of the Law Offices of P. Sterling Kerr, and Defendants ROBERT HALTERMAN, CHAKRA CAPTIAL GROUP and DAVE MACKINSON, have reached an agreement to dismiss this matter. Pursuant to FRCP 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their Complaint in the above-

entitled action with prejudice as to the Defendants ROBERT HALTERMAN, CHAKRA CAPTIAL GROUP and DAVE MACKINSON only.

DATED this 2nd day of April, 2018.

                              LAW OFFICES OF P. STERLING KERR

                              P. STERLING KERR, ESQ.
                              Nevada Bar No. 3978
                              GEORGE E. ROBINSON, ESQ.
                              Nevada Bar No. 9667
                              2450 St. Rose Parkway, Suite 120
                              Henderson, Nevada 89074
                              Telephone No. (702) 451–2055
                              Facsimile No. (702) 451-2077
                              Email: sterling@sterlingkerrlaw.com
                              Email: george@sterlingkerrlaw.com
                              *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on April 2nd, 2018, a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served to the following at their last known address(es), facsimile numbers and/or e-mail/other electronic means, pursuant to:

__X__   **BY MAIL**: N.R.C.P. 5(b), I deposited by first class United States mailing, postage prepaid at Henderson Nevada;

_____   **BY FAX**:   E.D.C.R. 7.26(a), I served via facsimile at the telephone number provided for such transmissions.

_____   **BY MAIL AND FAX**:   N.R.C.P 5(b), I deposited by first class United States mail, postage prepaid in Henderson, Nevada; and via facsimile pursuant to E.D.C.R. 7.26(a)

_____   **BY E-MAIL AND/OR ELECTRONIC MEANS**: N.R.C.P. 5(b)(2)(D) and addresses (s) having consented to electronic service, I via e-mail or other electronic means to the e-mail address(es) of the addressee(s).

Robert Halterman
332 Campbell Road
Ridgeville, SC 29472

Dave Mackinson
94306 Duck Lake Drive
Fernandina Beach, FL 32034

_Jennifer Hogan_
An employee of the LAW OFFICES OF
P. STERLING KERR