DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Attorneys for Defendant Scott Carney*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation; CHRISTOPHER TERRY, an individual;<br><br>Plaintiffs<br><br>vs.<br><br>ROBERT HALTERMAN, an individual; SCOTT CARNEY, an individual; ETHAN VANDERBUILT, an individual;<br><br>Defendants. | Case No.: 2:18-cv-00187-JAD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Scott Carney ("Defendant Carney") and Plaintiffs hereby stipulate and agree to extend the deadline for Defendant Carney to answer or otherwise plead in response to the Complaint to May 10, 2018.

///

///

///

This is Defendant Carney's first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

MCNUTT LAW FIRM, P.C.                    LAW OFFICES OF P. STERLING KERR

*/s/ Dan McNutt*                         */s/ George Robinson*
DANIEL R. MCNUTT (SBN 7815)              P. Sterling Kerr, Esq. (SBN 3978)
MATTHEW C. WOLF (SBN 10801)              George E. Robinson, Esq. (SBN 9667)
625 South Eighth Street                  3450 St. Rose Parkway, Suite 120
Las Vegas, Nevada 89101                  Henderson, Nevada 89074
*Attorneys for Defendant*                *Attorneys for Plaintiffs*
*Scott Carney*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: 4/11/2018