# Exhibit A – Declaration of Scott Carney

DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Attorneys for Defendant Scott Carney*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| INTERNATIONAL MARKETS LIVE, INC., a New York corporation; CHRISTOPHER TERRY, an individual; | Case No.: 2:18-cv-00187-JAD-GWF |
|---|---|
| Plaintiffs | **DECLARATION BY DEFENDANT SCOTT CARNEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| ROBERT HALTERMAN, an individual; SCOTT CARNEY, an individual; ETHAN VANDERBUILT, an individual; | |
| Defendants. | |

I, Scott Carney, declare as follows:

1.    I live in Miami, Florida, and that is my sole residence.

2.    I do not have any businesses in Nevada.

3.    I have no offices in Nevada.

4.    I own no property in Nevada.

5.    I have no employees in Nevada.

6.    I have no bank accounts in Nevada.

7.    I do not direct or target any activities to Nevada.

8.    I do not have any connections to Nevada outside of my legal counsel.

9.    I am disabled and wheelchair bound, and commuting to court in Las Vegas, Nevada, would be inconvenient for me to attend any hearings or trial.

10.    No Nevada court has ever found to have personal jurisdiction over me, and I have never been served in Nevada.

Pursuant to 28 USC § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is based upon my personal knowledge.


Dated: May 1, 2018

Respectfully submitted,

By: _____

Scott Carney

MOTION TO DISMISS - 2