# Exhibit B

| | |
|---|---|
| **From:** | George Robinson <george@sterlingkerrlaw.com> |
| **Sent:** | Monday, June 11, 2018 5:37 PM |
| **To:** | Wolek, Adam; Sterling Kerr |
| **Subject:** | RE: Activity in Case 2:18-cv-00187-JAD-GWF International Markets Live, Inc. v. Halterman et al Notice of Corrected Image/Document |

Adam,
In most circumstances, we would agree to stipulate to stay the case pending the outcome of the motion to dismiss, but your client continues to defame my client with his posts on the internet, so we will not stipulate to stay this case.  Additionally, I do not believe a meet and confer is necessary before filing the Motion to Stay as our local rules only require it before filing motions to compel, protective orders, and emergency motions.  When is your availability for a rule 26(f) conference this week?
Sincerely,

George E. Robinson, Esq.
Law Offices of P. Sterling Kerr
2450 St. Rose Parkway
Suite 120
Henderson, Nevada 89074
Tel: (702) 451-2055
Fax: (702) 451-2077
george@sterlingkerrlaw.com

Law Offices of P. Sterling Kerr Standard Disclaimer
This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product.  The message and any attachments are intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 451-2055, and delete this original message.  Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without our express written consent.

**From:** Wolek, Adam <awolek@taftlaw.com>
**Sent:** Monday, June 11, 2018 2:49 PM
**To:** Sterling Kerr <sterling@sterlingkerrlaw.com>; George Robinson <george@sterlingkerrlaw.com>

**Subject:** RE: Activity in Case 2:18-cv-00187-JAD-GWF International Markets Live, Inc. v. Halterman et al Notice of Corrected Image/Document

Counsel,

We never received a response from you to our email from last week asking whether you agree to stay proceedings pending the resolution of the motions to dismiss or transfer, or your availability for a meet and confer for today or June 12.

Please let us know as soon as possible if you agree to stay proceedings, or your availability for a meet and confer.

Sincerely,

Adam

**From:** Wolek, Adam
**Sent:** Friday, June 8, 2018 2:38 PM
**To:** Sterling Kerr <sterling@sterlingkerrlaw.com>; George Robinson <george@sterlingkerrlaw.com>
**Subject:** FW: Activity in Case 2:18-cv-00187-JAD-GWF International Markets Live, Inc. v. Halterman et al Notice of Corrected Image/Document

Dear Counsel:

Because motions to dismiss have been filed in the above captioned case, please let us know if you agree to stay discovery pending resolution of the motions to dismiss or transfer. While we hope to avoid motion practice and avoid wasting the parties' and judicial resources on this issue, if you do not agree, please let us know your availability on June 11 or June 12 for a meet and confer.

Please let us know if you have any questions.

Sincerely,

Adam Wolek

**From:** cmecf@nvd.uscourts.gov [mailto:cmecf@nvd.uscourts.gov]
**Sent:** Friday, June 8, 2018 2:17 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:18-cv-00187-JAD-GWF International Markets Live, Inc. v. Halterman et al Notice of Corrected Image/Document

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits**

**attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered by McNutt, Daniel on 6/8/2018 at 12:16 PM PDT and filed on 6/8/2018

**Case Name:**     International Markets Live, Inc. v. Halterman et al
**Case Number:**   2:18-cv-00187-JAD-GWF
**Filer:**         Scott Carney
**Document Number:** 23

**Docket Text:**
**NOTICE of Corrected Image/Document re [22] Motion to Dismiss by Defendant Scott Carney. (Service of corrected image is attached.) (Attachments: # (1) Exhibit A) (McNutt, Daniel)**

**2:18-cv-00187-JAD-GWF Notice has been electronically mailed to:**

Adam Wolek      awolek@taftlaw.com, bwalton@taftlaw.com, tdalcompo@taftlaw.com

Daniel R McNutt      drm@mcnuttlawfirm.com, lah@mcnuttlawfirm.com, mcw@mcnuttlawfirm.com

George Edward Robinson      grobinson@pezzillolloyd.com

Matthew C Wolf      mcw@mcnuttlawfirm.com, cliftonwolf@gmail.com, drm@mcnuttlawfirm.com, jnw@mcnuttlawfirm.com, lah@mcnuttlawfirm.com

Preston S Kerr      sterling@sterlingkerrlaw.com, george@sterlingkerrlaw.com, jennifer@sterlingkerrlaw.com, lisa@sterlingkerrlaw.com, taylor@sterlingkerrlaw.com

**2:18-cv-00187-JAD-GWF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

3

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/8/2018] [FileNumber=8747269-0]
[78c27556322d8fdb8e652ecc77e2d9456473622e893f9f762c65ad22e3dc820c8bf0
b9fa6398fffe033830f6d650192ac4a28be7e90ef59997f0f87faac7647f]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/8/2018] [FileNumber=8747269-1]
[e055a9828c4afa45d5cb55355b6709dcc3a9a41c076405da261502d05a304555bc82
0852692864afd2fe78e6ae826faa734b5ef9721e6fa19b757bf52dc871bd]]

# Taft /

**Adam Wolek** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8598
Direct: 312.836.4063 • Cell: 312.860.9006
**www.taftlaw.com** / awolek@taftlaw.com

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.