P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation; CHRISTOPHER TERRY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HALTERMAN, an individual; CHAKRA CAPITAL GROUP, an unknown entity; SCOTT CARNEY, an individual; ETHAN VANDERBUILT, an individual; DAVE MACKINSON, an individual;<br><br>Defendants. | Case No.: 2:18-cv-00187-JAD-GWF |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, INTERNATIONAL MARKETS LIVE, INC., and CHRISTOPHER TERRY by and through their counsel of record P. Sterling Kerr, Esq., of the Law Offices of P. Sterling Kerr, Pursuant to FRCP 41(a)(1)(A)(i),

/ / /

/ / /

1 hereby voluntarily dismiss their Amended Complaint in the above-entitled action without
2 prejudice as to the Defendants ETHAN VANDERBUILT only.
3      DATED this 29th day of August, 2018.

LAW OFFICES OF P. STERLING KERR

*/s/ George Robinson*
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on August 29th, 2018, a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served to the following at their last known address(es), facsimile numbers and/or e-mail/other electronic means, pursuant to:

_____    **BY MAIL**: N.R.C.P. 5(b), I deposited by first class United States mailing, postage prepaid at Henderson Nevada;

_____    **BY FAX:**   E.D.C.R. 7.26(a), I served via facsimile at the telephone number provided for such transmissions.

_____    **BY MAIL AND FAX:**   N.R.C.P 5(b), I deposited by first class United States mail, postage prepaid in Henderson, Nevada; and via facsimile pursuant to E.D.C.R. 7.26(a)

\_\_X\_\_    **BY E-MAIL AND/OR ELECTRONIC MEANS**: N.R.C.P. 5(b)(2)(D) and addresses (s) having consented to electronic service, I via e-mail or other electronic means to the e-mail address(es) of the addressee(s).

ETHAN VANDERBUILT
Address Unknown

  /s/ Jennifer Hogan
An employee of the LAW OFFICES OF
P. STERLING KERR