AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

International Markets Live, Inc., et al

              Plaintiffs,

  v.

Scott Carney

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00187-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of defendant Scott Carney and against plaintiffs.

3/25/2019
Date

DEBRA K. KEMPI
Clerk

/s/ D. Cacciabaudo
Deputy Clerk